**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 16-30605-CC2-M**

## ORDER

This appeal is **REINSTATED**.

Pursuant to the Court's January 22, 2019 order, the trial court has filed findings of fact and a conclusion of law regarding the two-part video exhibit filed in the appellate record as "Amend State's Exhibit 4." Among its findings, the trial court finds that Part 001 of amended State's Exhibit 4 was played to the jury while Part 002 was not. The trial court concludes that Part 002 of amended State's Exhibit 4 was not admitted into evidence or played to the jury. The trial court recommends that the Court grant the State's November 27, 2018 motion to correct the amended reporter's record and that we strike Part 002 of amended State's Exhibit 4.

We **ADOPT** the trial court's findings, conclusion, and recommendation as stated above.

We **GRANT** the portion of the State's November 27, 2018 motion seeking to correct the amended reporter's record. We **STRIKE** "Amend State's Exhibit 4 Part 002" from the record on appeal.

/s/    BILL PEDERSEN, III
       JUSTICE